# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIE F. HALE,

    Petitioner,

v.                                                  CASE NO. 5:11-cv-00265-MP-EMT

FLORIDA PAROLE COMMISSION,
and KENNETH S, TUCKER, Secretary,
Florida Department of Corrections,

    Respondents.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 1, 2012. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. 1) is DENIED.

3. A certificate of appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this   *13th* day of December, 2012

                 *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge