# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WILLIE F HALE,

    Petitioner,

v.                                    CASE NO. 5:11-cv-00265-MP-EMT

FLORIDA PAROLE COMMISSION,
and KENNETH S, TUCKER, Secretary,
Florida Department of Corrections,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on petitioner's motion for reconsideration of the Court's order denying appointment of counsel on appeal. (Doc. 37). Nothing in the current motion supports reconsideration of the conclusion that the facts and legal issues in this case are neither novel nor complex, and plaintiff's filings evidence an ability to communicate with the court. Petitioner's motion presents no new facts, arguments, or evidence.

Accordingly it is hereby **ORDERED AND ADJUDGED**:

Petitioner's motion for reconsideration of the Court's order denying appointment of counsel on appeal (doc. 37) is DENIED.

**DONE AND ORDERED** this  _7th_ day of February, 2013

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge